IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
01 APR 17 AM 9: 32
U.S. DISTRICT COURT
N.D. OF ALABAMA

AUNDREA McGRAW,  )
  )
    Petitioner,  )
  )
vs  )  CIVIL ACTION NO. 99-N-1430-S
  )
SHERIFF MIKE HALE, et al,  )
  )
    Respondents.  )

ENTERED
APR 17 2001

**MEMORANDUM OF OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this _16th_ day of April, 2001.

_____
EDWIN L. NELSON,
UNITED STATES DISTRICT JUDGE

